NUMBER 13-03-187-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

________________________________________________________________


ANGELA RIOS , Appellant,



v.




VICTORIA CLUB VENTURE, LTD 

D/B/A CACTUS CANYON , Appellee.

________________________________________________________________


On appeal from the 135th District Court

of Victoria County, Texas.

________________________________________________________________



MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza

Opinion Per Curiam




 Appellant, ANGELA RIOS , perfected an appeal from a judgment entered by the 135th District Court of Victoria County,
Texas, in cause number 01-5-56,430-D . The clerk's record was filed on April 28, 2003 . No reporter's record was filed. 
Appellant's brief was due on May 28, 2003 . To date, no appellate brief has been received.

 When the appellant has failed to file a brief in the time prescribed, the Court may dismiss the appeal for want of
prosecution, unless the appellant reasonably explains the failure and the appellee is not significantly injured by the
appellant's failure to timely file a brief. Tex. R. App. P. 38.8(a)(1).

 On July 16, 2003, notice was given to all parties that this appeal was subject to dismissal pursuant to Tex. R. App. P.
38.8(a)(1). Appellant was given ten days to explain why the cause should not be dismissed for failure to file a brief. To
date, no response has been received.

 The Court, having examined and fully considered the documents on file, appellant's failure to file a proper appellate brief,
this Court's notice, and appellant's failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM



Opinion delivered and filed

this the 14th day of August, 2003